UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kylon Middleton, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Marci Andino, *et al.*,<br><br>    Defendants. | No.: 3:20-cv-01730-JMC<br><br>**Defendants' Motion for Judgment on the Pleadings** |

Defendants Marci Andino, John Wells, Clifford J. Elder, and Scott Moseley ("Election Defendants"), pursuant to Rule 12(c), move for judgment on the pleadings.

This motion challenges five of the Plaintiffs' thirteen claims, as well as one of their requests for relief. These include:

1.   The Twenty-Fourth Amendment claim regarding postage for returning absentee ballots;

2.   The Twenty-Sixth Amendment claim regarding S.C. Code § 7-15-320(B)(8), which permits voters sixty-five and older to vote by absentee ballot;

3.   The request for relief on all of the claims regarding section 7-15-230(B)(8);

4.   The First Amendment claim regarding S.C. Code § 7-15-385, which prohibits candidates and their campaigns from collecting and returning absentee ballots;

5.   The preemption claim regarding section 7-15-385; and

6.     The section 2 claim under the Voting Rights Act regarding S.C. §§ 7-15-230, 7-15-420, which require absentee ballots be returned to county boards by 7:00 PM on election day.

A memorandum in support of this motion is being filed, under Local Civil Rule 7.04.

This the 26th day of June, 2020.

                                       Respectfully Submitted,

                                       s/ Wm. Grayson Lambert

M. Elizabeth Crum
Fed. ID No. 372
Wm. Grayson Lambert
Fed. ID No. 11761
Jane W. Trinkley
Fed. ID No. 4143
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800

Robert Bolchoz
ROBERT BOLCHOZ LLC
P.O. Box 6989
Columbia, SC 29260
(803) 790-7474

Karl Smith Bowers, Jr.
BOWERS LAW OFFICE
P.O. Box 50549
Columbia, SC 29250
(803) 753-1099

Harrison D. Brant
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063

*Counsel for Defendants Marci Andino, John Wells, Clifford J. Elder, and Scott Moseley*