UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kylon Middleton, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Marci Andino, *et al.*,<br><br>　　　　Defendants. | No.: 3:20-cv-01730-JMC<br><br>**Notice of Appeal** |

Notice is hereby given that all Defendants (including the Intervenor-Defendants) hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order granting in part the motion for preliminary injunction (ECF No. 109), entered in this action on September 18, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Wm. Grayson Lambert
　　　　　　　　　　　　　　　　　　　M. Elizabeth Crum
　　　　　　　　　　　　　　　　　　　Fed. ID No. 372
　　　　　　　　　　　　　　　　　　　Wm. Grayson Lambert
　　　　　　　　　　　　　　　　　　　Fed. ID No. 11761
　　　　　　　　　　　　　　　　　　　Jane W. Trinkley
　　　　　　　　　　　　　　　　　　　Fed. ID No. 4143
　　　　　　　　　　　　　　　　　　　lcrum@burr.com
　　　　　　　　　　　　　　　　　　　glambert@burr.com
　　　　　　　　　　　　　　　　　　　jtrinkley@burr.com
　　　　　　　　　　　　　　　　　　　BURR & FORMAN LLP
　　　　　　　　　　　　　　　　　　　Post Office Box 11390
　　　　　　　　　　　　　　　　　　　Columbia, SC 29211
　　　　　　　　　　　　　　　　　　　(803) 799-9800

Robert Bolchoz
ROBERT BOLCHOZ LLC
P.O. Box 6989
Columbia, SC 29260
(803) 790-7474

Karl Smith Bowers, Jr.
BOWERS LAW OFFICE
P.O. Box 50549
Columbia, SC 29250
(803) 753-1099

Harrison D. Brant
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063

*Counsel for Election Defendants*


Susan P. McWilliams
Fed. ID No. 3351
smcwilliams@nexsenpruet.com
Marc C. Moore
Fed. ID No. 4956
mmoore@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
(803) 253-8221

*Counsel for Speaker of the House of Representatives James H. Lucas*

3

        M. Todd Carroll
        Fed. ID No. 9742
        Kevin A. Hall
        Fed. ID No. 5375
        todd.carroll@wbd-us.com
        kevin.hall@wbd-us.com
        WOMBLE BOND DICKINSON (US) LLP
        1221 Main Street, Suite 16
        Columbia, SC 29201
        (803) 454-6504

        *Counsel for Senate President Harvey Peeler*


        Robert E. Stepp
        Fed. ID No. 7815
        Robert E. Tyson, Jr.
        Fed. ID No. 4302
        rstepp@robinsongray.com
        rtyson@robinsongray.com
        ROBINSON GRAY STEPP & LAFFITTE, LLC
        1310 Gadsden Street
        Post Office Box 11449
        Columbia, South Carolina 29201
        (803) 929-1400

        *Counsel for South Carolina Republican Party*